AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

RONNIE DEAN PEARROW,

      Petitioner,         JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:05-cv-00405-HDM-VPC**

LENARD VARE, et al.,

      Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus in this action (#6 and #10) is DENIED.

   March 12, 2008                                       **LANCE S. WILSON**
                                                                 Clerk

                                                               /s/ Kalani Lizares
                                                                 Deputy Clerk